IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ROBERT D. AINSWORTH; TAMI L. AINSWORTH; KARL G. FRINK; LUCINDA A. FRINK; GORDON D. GRISWOLD; ELAINE C. GRISWOLD; JOHN K. LINDSEY; LINDA K. LINDSEY; WILLIAM E. WHITAKER; SUZANNE R. WHITAKER, | No. 6:17-cv-01935-MC |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| MARK ALLEN OWENBY; MICHELLE ANNETTE PAGE; JENNY REBECCA SILVEIRA; HOWARD DEE BROWN III; WILLIAM WALTER TEMPLETON, JR.; ELISHA TEMPLETON; BRYAN DAVID PHILP; GUILD MORTGAGE COMPANY, | |
| Defendants. | |

**MCSHANE, Judge:**

Based on the record, this action DISMISSED with prejudice.

DATED this 27th day of March, 2019.

/s/ Michael McShane_____
Michael J. McShane
United States District Judge

JUDGMENT